| | |
|---|---|
| 1 | **Bron D'Angelo, Esq. (SBN 246819)**<br>**Sean N. Costa, Esq. (SBN 347439)**<br>**BURGER | MEYER** LLP |
| 2 | 999 Corporate Drive, Suite 220<br>Ladera Ranch, CA 92694 |
| 3 | Telephone:  (949) 427-1888<br>Facsimile:   (949) 427-1889 |
| 4 | Email:       bdangelo@burgermeyer.com<br>                scosta@burgermeyer.com |
| 5 | |
| 6 | Attorneys for Defendant<br>WALMART, INC. |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN MASON,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WALMART, INC.; and DOES 1- 50, inclusive,<br><br>                    Defendants. | Case No: **'23CV1087 JLS   JLB**<br>Judge<br>Crtrm:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) AND (b)**<br><br><br><br>Action Filed:  March 6, 2023 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant WALMART, INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff Helen Mason (hereinafter referred to as "Plaintiff") civil complaint, filed in the Superior Court of the State of California, County of San Diego, entitled *Helen Mason v. Walmart Inc., et al.,* Case Number 37-2023-00009197-CU-PO-CTL, to the United States District Court, Southern District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

1. On March 6, 2023, an action was commenced in the Superior Court of the State of California, County of San Diego, entitled *Helen Mason v. Walmart Inc., et al.,* Case Number 37-2023-00009197-CU-PO-CTL ("the State Action"). A copy of the Complaint filed in the State Action is attached hereto as **Exhibit "1"**. **Exhibit "1"** does not indicate the amount of damages that Plaintiff is seeking with this action.

2. Walmart was served with a copy of the Complaint filed in the State Action and a Summons from the State Court on March 8, 2023. A copy of the Summons is attached hereto as **Exhibit "2".**

3. On April 7, 2023, Walmart timely filed its Answer to Plaintiff's Complaint, attached hereto as **Exhibit "3"**.

4. Walmart was served with a copy of Plaintiff's Supplemental Statement of Damages on May 15, 2023. A copy of the Supplemental Statement of Damages is attached hereto as **Exhibit "4".**

5. Based on a review of the State Court file as of June 12, 2023, no other Defendant has been served with any Summons or Complaint in the State Action.

6. Plaintiff's Complaint purports to assert causes of action based in premises liability and negligence. Plaintiff's Complaint seeks to recover damages for lost wages, loss of use of property, loss of earning capacity, hospital and medical expenses, past and future medical expenses, and past and future general damages.

## **DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)**

7. This Court has jurisdiction over this matter under 28 U.S.C. section 1332(a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. sections 1441 (a) and (b).

### **a. Plaintiff is a Citizen of California**

8. Plaintiff is domiciled in and is presently a citizen of the State of California and was such at the time of incident. Pursuant to the Complaint, Plaintiff contends that she is domiciled in the State of California, and a present citizen of

California.

### b. Plaintiff Claims Damages in Excess of $75,000

9. Plaintiff claims damages in excess of $75,000. **Exhibit "3"** indicates Plaintiff's claims medical specials of $90,321+ and general damages of $1,000,000. Accordingly, the amount in controversy, exclusive of costs and interests, exceeds the minimum requirement required for diversity jurisdiction under 28 U.S.C. section 1332(a).

### c. Walmart is a Citizen of Delaware

10. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits "5" and "6,"** respectively.

11. Because the State Action is pending in the Superior Court of California in and for the County of San Diego, removal of this action to this District Court is proper under 28 U.S.C. section 1441(a).

12. Removal is timely under 28 U.S.C. section 1446(b)(3) because the case stated by the initial pleading indicated that Plaintiff is a citizen of the State of California but was not removable based on Plaintiff not disclosing any damages. This Notice of Removal is filed within 30 days of Walmart being served with Plaintiff's Statement of Damages that subsequently indicated the total amount in controversy exceeds the jurisdictional requirements of $75,000, exclusive of costs and interests.

13. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of San Diego as soon as practicable.

///

**WHEREFORE**, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of San Diego to the United States District Court.

Dated:  June 12, 2023

**BURGER | MEYER LLP**

*/s/ Sean N. Costa*

_____
Bron E. D'Angelo, Esq.
Sean N. Costa, Esq.
Attorneys for Defendant
WALMART, INC.